**FILED**

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0089

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0089

**DANIEL CHRISTOPHER CHARLES ROWE**,

Respondent and Appellant,

v.

**MARY MARTHA ROWE KORPI**,

Petitioner and Appellee.

**ORDER GRANTING EXTENSION OF TIME
TO FILE APPELLANT'S OPENING BRIEF**

The Appellant has moved the Court for an extension of time of three-days within which to file Appellant's Opening Brief.  Counsel for the Appellee does not object to the requested extension.  Good cause showing,

IT IS HEREBY ORDERED that the motion is granted.  The Appellant's Opening Brief is now due on or before Friday, April 24, 2020.

DATED this 21st day of April, 2020.

By:_____
Bowen Greenwood
Clerk of Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 21 2020